IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, ex
rel. LES MARLOW & DARIA MARLOW                    PLAINTIFFS

v.                          Case No. 4:08-cv-494-DPM

UNITED SYSTEMS OF ARKANSAS, INC.,
and GLENN PETKOVSEK                                DEFENDANTS

## ORDER

The United States has declined to intervene in this False Claims Act
case. 31 U.S.C.A. § 3730(b)(4)(B) (West 2003).  The Relators shall serve the
complaint, the United States's notice, and this Order on Defendants.  Starting
with this Order, the Court's file shall be open and handled in the usual way.
All prior filings (except the complaint and the notice) shall remain under seal.

The parties shall serve all future filings on the United States.  31
U.S.C.A. § 3730(c)(3) (West 2003).  On request and payment, the parties shall
supply the United States with deposition transcripts.  The Court directs the
Clerk to send the United States copies of all future orders.  If any party moves

to dismiss, settle, or otherwise discontinue the case, the Court will solicit the

United States's view before ruling.

    So Ordered.


                _____

                D.P. Marshall Jr.
                United States District Judge

                1 April 2011